■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DOMINGUEZ, Appellant. [— NYS2d —]—Judgment, Supreme Court, New York County (Renee Allyn White, J.), rendered on or about February 6, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Nardelli, Buckley and Abdus-Salaam, JJ.